UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 11-23373-CV-MOORE/TORRES

GEMA GARCIA,

    Plaintiff,

v.

CARNIVAL CORPORATION
_____/

## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT

    The Plaintiff, GEMA GARCIA, by and through undersigned counsel, hereby files this motion to enforce settlement, and as good cause states as follows:

1. On April 5, 2012, the parties reached a settlement of all claims in this matter. The settlement is confidential and, as such, Plaintiff is not including the amount or terms of the settlement in this Motion.

2. On April 9, 2012, Defendant filed a Notice of Settlement (D.E. 47) notifying the Court that the parties had reached a settlement agreement of all of Plaintiff's claims against Defendant in this matter.

3. On April 10, 2012, this Court entered a Paperless Order (D.E. 49) directing the parties to file a Stipulation of Dismissal of all Claims within 20 days.

4. To date, Defendant has not provided Plaintiff with a Release or the settlement funds to finalize this case.

5. Plaintiff certifies that she has made a good faith effort to obtain the Release prior to filing

    this motion.  On multiple occasions Plaintiff has requested the Release to conclude this matter.  Defendant indicates it will be provided soon.

6.    Plaintiff is unable to file a Stipulation of Dismissal of all Claims pursuant to the Court's Paperless Order because Defendant has not yet provided the Release or the settlement funds to conclude this matter.

    WHEREFORE, Plaintiff requests this Court enter an Order enforcing the settlement; compelling Defendant to provide the settlement funds within ten (10) days and to provide a Release acceptable to Plaintiff; and to keep this case open until the settlement funds are provided to Plaintiff along with any other relief this Court deems appropriate.

## CERTIFICATE OF SERVICE

    I hereby certify that on April 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some electronically Notices of Electronic Filing.

MEISTER LAW LLC
*Attorney for Plaintiff*
Courthouse Tower, Suite 750
44 West Flagler Street
Miami, Florida  33130
Telephone:  (305) 590-5570
Fax: (305) 675-3787
E-mail:  TonyaJMeister@aol.com

By:  s/Tonya J. Meister
    TONYA J. MEISTER
    FLORIDA BAR NO.: 0629243

## SERVICE LIST

### GEMA GARCIA v. CARNIVAL CORPORATION
### CASE NO:11-23373 MOORE/TORRES

Tonya J. Meister, Esq.
MEISTER LAW, LLC
Courthouse Tower, Suite 750
44 West Flagler Street
Miami, Florida 33130
Bus: (305) 590-5570
Bus Fax: (305) 675-3787
E-mail: tonyajmeister@aol.com
*Attorney for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
Noah D. Silverman, Esq.
nsilverman@fflegal.com
Adam D. Warden, Esq.
awarden@fflegal.com
Foreman Friedman, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Phone:  305-358-6555
Fax:  305-374-9077
*Attorneys for Defendant, Carnival*